FILED

09/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0438

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0438

CITY OF MISSOULA,

      Plaintiff and Appellee,

v.

MATEO WHATLEY,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 21, 2024, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 17 2024